## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUANN WAUGH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-5538 |
| | : | |
| PHILADELPHIA DOMESTIC | : | |
| RELATIONS, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 22nd day of November, 2024, upon consideration of Plaintiff Jacquann

Waugh's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2)

it is **ORDERED** that:

1.    Jacquann Waugh is **GRANTED** leave to proceed *in forma pauperis* pursuant to

28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.    The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Gerald Austin McHugh

_____

**GERALD A. MCHUGH, J.**